NICHOLAS A. ANKNER, Respondent, v. GEORGE T. COOK and Others, Individually and as Copartners Doing Business under the Firm Name and Style of GEORGE T. COOK & SONS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING CO., INC., Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. It is our opinion that the court committed prejudicial error in charging, at folio 446, that if the jury found that one of the planks tilted when the plaintiff stepped upon it, it created a presumption of negligence against the appellant which it must explain. The judgment cannot be sustained on the nuisance theory because the action was brought, tried and submitted to the jury on questions of negligence and contributory negligence only. The complaint must be amended if plaintiff would try the case on the theory that the appellant created or permitted a nuisance to exist on the sidewalk in front of its premises. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING CO., INC., Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon authority of Biro v. Lembo (ante, p. 856), decided herewith. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

WILLIAM A. BROCKHURST and Others, Plaintiffs, v. JOHN KONKUS, Defendant. — Submission of controversy on agreed statement of facts dismissed upon the ground that the facts do not warrant a declaratory judgment. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

LOUISE H. CORNWELL, as Executrix, etc., of JOHN H. V. BREUER, Deceased, Appellant, v. HERMAN H. BREUER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

CORPORATE INVESTING COMPANY, Respondent, v. RADJEK CORPORATION and Others, Defendants. ROSE BERGOFF, Appellant; ARTHUR E. MUTH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

ANNA M. CUTHBERTSON, as Administratrix, etc., of JOHN D. CUTHBERTSON, Late a Resident of the County of Kings, Deceased, Respondent, v. AUGIE JENSEN, Respondent, BROOKLYN EDISON COMPANY, INC., Appellant, and RUBEL COAL AND ICE CORPORATION, Defendant.— Order denying motion of defendant Brooklyn Edison Company, Inc., for examination of defendant Jensen before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JAMES DALY, Appellant, v. RICHARD HOWE and THEODORE HOWE, Doing Business under the Name and Style of HOWE BROTHERS, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.